Dilly **PIERCE**, Appellant, v. **STATE**, Appellee.
No. 24001.

Court of Criminal Appeals of Texas.
March 31, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for selling whisky in a dry area, punishment assessed at a fine of $500.00.

Since perfecting his appeal to this court appellant has filed his affidavit advising us that he does not desire to further prosecute his appeal, and at his request same is dismissed.